IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN PATRICK CULLEN                              PLAINTIFF

v.                         Case No. 6:22-cv-6115

KIP HALLMAN, *et al*.                                DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. After screening the 42 U.S.C. § 1983 claims in the complaint, Judge Bryant recommends that Plaintiff's Second Amended Complaint (ECF No. 7) be dismissed for failing to state a claim against any Defendant. Judge Bryant further recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*. Plaintiff's Second Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby **directed** to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 10th day of April, 2023.

                                                                      /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        Chief United States District Judge